## Alex MOHR, Appellant, v. GREAT LAKES TRANSIT CORPORATION, Respondent.
### No. 385.

Circuit Court of Appeals, Second Circuit.
May 3, 1937.

Henry Fogler, of Buffalo, N. Y., for appellant.

Brown, Ely & Richards, of Buffalo, N. Y. (Laurence E. Coffey and W. A. Eldridge, both of Buffalo, N. Y., of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.